**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: March 30, 2016**

_____

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | |
|---|---|
| In re: | Case No. 14-33677 |
| WILLIAM M. APOSTELOS, | Adv. No. 16-3005 |
| *Debtor* | |
| Daniel M. McDermott, | Judge L. S. Walter |
| *Plaintiff* | Chapter 7 |
| v. | **ORDER SETTING PRETRIAL CONFERENCE BY TELEPHONE** |
| William M. Apostelos, | |
| *Defendant* | |

Because the deadline for filing pretrial statements has expired, the court concludes that it

is time to set a pretrial conference.  Accordingly, a telephone pretrial conference pursuant to

Federal Rule of Civil Procedure 7016 shall be held on **May 4, 2016 at 10:45 a.m.** (Eastern

Time).  Each party shall participate telephonically and shall be connected and ready to proceed promptly at the designated time.

To join the pretrial, the parties must proceed as follows:

1.) Call AT&T at 877-336-1839 (toll free) or 636-651-0008 (caller paid)

2.) When prompted, enter the Participant Access Code: 2355373

3.) When prompted, enter the Participant Security Code: 4691

Approximately one week prior to the pretrial conference, the Court, via e-mail, will again notify the parties of the access and security codes required to connect with the telephone conference. Questions may be addressed to the courtroom deputy at 937-225-7684.

**Each person participating shall be prepared to specifically discuss the contents of the filed Preliminary Pretrial Statements**, including a date for the cut-off of all discovery, a date for the filing of all stipulations, a date for the exchange and filing of all witness lists and exhibits, each party's position as to whether or not an evidentiary hearing will be required for the resolution of this proceeding, a date for the filing and exchange of any briefs, a date for a final pretrial conference, and a trial date, if required.

This telephone conference shall be participated in by Jeremy Shane Flannery, attorney for the Plaintiff, and William M. Apostelos, *pro se* Defendant, unless another attorney has been designated for the trial of this proceeding.  Any party who fails to participate in this pretrial conference shall nevertheless be subject to all determinations made by the Court at the conference. Failure to comply with the terms of this order may also result in the imposition of sanctions (LBR 9011-3).

**SO ORDERED.**

Copies to:

Jeremy Shane Flannery, Office of the U.S. Trustee, 170 North High Street, Suite 200, Columbus,
    OH 43215
William M. Apostelos, Defendant, 35 Commercial Way, Springboro, OH 45066
William M. Apostelos, Defendant, 5818 Wilmington Pike, Centerville, OH 45459
Dwight D. Brannon, 130 West Second Street, Dayton, OH 45402
Office of the U. S. Trustee, 170 North High Street, Suite 200, Columbus, OH 43215

###