**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: May 6, 2016**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14-33677 |
| | ) | |
| William M. Apostelos, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Walter |
| | ) | |
| | ) | |
| Daniel M. McDermott, | ) | Adv. Pro. No. 16-3005 |
| United States Trustee | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| William M. Apostelos, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER REQUIRING ACTION BY DEFENDANT, SETTING FURTHER
STATUS CONFERENCE, AND REQUIRING OTHER FILINGS**

This matter came on for consideration pursuant to the Court's Order Setting

Pretrial Conference by Telephone [Adv. Pro. Docket No. 9] entered on March 30, 2016.

The Court conducted the Telephonic Pretrial Conference on May 4, 2016, as scheduled. The Plaintiff, United States Trustee, was represented by attorney Jeremy Shane Flannery. The Defendant, William M. Apostelos, acting *pro se*, failed to appear or participate in violation of this Court's Order. Prior to the scheduled Pretrial Conference at issue, Defendant also failed to adhere to this Court's Order Governing Pretrial and Trial Procedures in Adversary Proceedings [Adv. Pro. Docket No. 5] by failing to file the required Preliminary Pretrial Statement. For his repeated failure to adhere to this Court's Orders, as set forth above, Defendant may be subject to sanctions, and failure to adhere to this Order (or any future Orders entered by this Court) may result in further sanctions and/or the entry of a judgment against Defendant.

Good cause appearing, therefore:

**IT IS HEREBY ORDERED** that Defendant William M. Apostelos, or his duly retained legal counsel, must contact counsel for the United States Trustee within fourteen (14) days of the entry of this Order to discuss the status of this case. According to the United States Trustee's filed Preliminary Pretrial Statement [Adv. Pro. Docket No. 8], Mr. Flannery's contact information is as follows:

>170 N. High Street, Suite 200
>Columbus, OH  43215
>Telephone:  (614) 469-7411 ext. 224
>Facsimile:  (614) 469-7448
>Email:  Jeremy.S.Flannery@usdoj.gov

**IT IS FURTHER ORDERED** that Defendant William M. Apostelos, or his duly retained legal counsel, must contact the Courtroom Deputy (Vickie Hensley) within fourteen (14) days of the entry of this Order to verify the Defendant's current contact

information, including address and telephone number. The Courtroom Deputy can be reached by telephone at (937) 225-7684, or by email at Vickie_Hensley@ohsb.uscourts.gov.

**IT IS FURTHER ORDERED** that the Court will schedule a follow-up Pretrial Conference at a future date to be determined by the Court. The Defendant will, again, be ordered to participate or face possible sanctions.

**IT IS FURTHER ORDERED** that the United States Trustee will file a Status Report with the Court on or before **August 19, 2016.**

**IT IS SO ORDERED**.

SUBMITTED BY:

 /s/ Jeremy Shane Flannery
Jeremy Shane Flannery (NC Bar #27826)
Attorney for the U.S. Trustee
170 North High Street, Suite 200
Columbus, OH  43215
Telephone:  (614) 469-7411 ext. 224
Facsimile:  (614) 469-7448
Email:  Jeremy.S.Flannery@usdoj.gov


Copies to:  Default List Plus Additional Parties

William M. Apostelos
35 Commercial Way
Springboro, OH  45066


# # #

United States Bankruptcy Court
Southern District of Ohio

McDermott,
    Plaintiff

Adv. Proc. No. 16-03005-lsw

Apostelos,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0648-3     User: chipmanm     Page 1 of 1     Date Rcvd: May 09, 2016
                 Form ID: pdf01     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2016.
dft          +William M. Apostelos,    35 Commercial Way,    Springboro, OH 45066-3078

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           E-mail/Text: ustpregion09.cb.ecf@usdoj.gov May 09 2016 19:13:00     Asst US Trustee (Day),
              Office of the US Trustee,    170 North High Street,    Suite 200,    Columbus, OH 43215-2417
pla          +E-mail/Text: ustpregion09.de.ecf@usdoj.gov May 09 2016 19:12:59     Daniel M McDermott,
              U.S. Department of Justice,    Office of the U.S. Trustee,    211 W. Fort St., Ste. 700,
              Detroit, MI 48226-3263
                                                                                                          TOTAL: 2

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2016 at the address(es) listed below:
        Jeremy Shane Flannery    on behalf of Plaintiff Daniel M McDermott Jeremy.S.Flannery@usdoj.gov
        Ronna Govan Jackson    on behalf of Plaintiff Daniel M McDermott Ronna.G.Jackson@usdoj.gov
                                                                                                                          TOTAL: 2